EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan Ortiz Martínez | 2004 TSPR 131 <br><br> 162 DPR _____ |

Número del Caso: TS-10025


Fecha: 4 de agosto de 2004


Oficina del Procurador General:

                        Lcda. Cynthia Iglesias Quiñones
                        Procuradora General Auxiliar


 Abogado del Querellado:

                        Por Derecho Propio



Materia: Moción Solicitando Reinstalación




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Juan Ortiz Martínez

                              TS-10025

SALA DE VERANO INTEGRADA POR EL JUEZ PRESIDENTE INTERINO SEÑOR REBOLLO LÓPEZ Y LOS JUECES ASOCIADOS SEÑOR HERNÁNDEZ DENTON Y SEÑOR CORRADA DEL RÍO

RESOLUCION

San Juan, Puerto Rico, a 4 de agosto de 2004

Examinada la moción solicitando reinstalación, radicada por Juan Ortiz Martínez y habiendo transcurrido el término de suspensión decretado mediante Opinión Per Curiam y Sentencia de fecha 6 de abril de 2004, se ordena la reinstalación de éste al ejercicio de la abogacía, efectiva dicha reinstalación el 16 de agosto de 2004.

Tendrá la Directora de la Oficina de Inspección de Notarías, el término de cuarenta y cinco (45) días para informar a este Tribunal el estado de la obra notarial de Juan Ortiz Martínez.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

María I. Colón Falcón
Subsecretaria del Tribunal Supremo